UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -                                      1:20-CR-227 (JSR)

KEVIN TAYLOR,

                             Defendant.
-----------------------------------------------------------X

Upon the request of inmate Kevin Taylor, by and through his counsel, and with good cause shown, it is hereby

ORDERED that the Bureau of Prisons, the Essex County Correctional Facility and the United States Marshals Service, shall accept the following items of clothing for Mr. Taylor, Register Number 87973-054, to wear for his sentencing to be held on January 3, 2022:

1 button-down shirt

2. I undershirt

3. 1 belt

1 pairs of dress slacks

5. 1 pair of dress socks

6. 1 pair of dress shoes

7. 1 tie

8. 1 sports coat

SO ORDERED

So ordered.
12/30/2021

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
December 29, 2021

Respectfully Submitted,

_____/S/_____
Jonathan Sussman, Esq.
30 Broad Street, 14th Floor
New York, NY 10004
(215) 913-9894 mobile
(646) 380-1808 office
(718) 744-2977 fax
lawyerjonathansussman@gmail.com